```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- x
                                 :
UNITED STATES OF AMERICA         :
                                 :
            - v. -               :
                                 :
CHRISTIAN LORA,                  :
                                 :
            Defendant.           :
                                 :
-------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/2023

**ORDER**

S1 22 Cr. 595 (VM)

WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Judge Katharine H. Parker on April 21, 2023;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of that transcript and the record in this case, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         25 April, 2023

_____
THE HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK