USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/31/23

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES,

        - against -

CHRISTIAN LORA,

           Defendant.

22-CR-0595-2
13-CR-811-9

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    At the request of Probation and without objection from the Government or the Defendant, the Court hereby adjourns the first disclosure of the presentence report from June 15, 2023, until July 13, 2023, and adjourns the disclosure of the final presentence report from July 13, 2023, to August 10, 2023.

**SO ORDERED.**

Dated:    31 May, 2023
           New York, New York

_____
Victor Marrero
U.S.D.J.