```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                :
:
        -v-                                    :        22-CR-595-VM-2
:
CHRISTIAN LORA,                         :        **ORDER SCHEDULING**
:        **BAIL REVIEW HEARING**
        Defendant.                             :
:
------------------------------------------------------------------X

KATHARINE H. PARKER, United States Magistrate Judge:

      It is hereby ORDERED that a bail review hearing in this action is set for Thursday**, July 20, 2023 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

      SO ORDERED.

Dated: July 14, 2023
       New York, New York

                                                            _____
                                                            KATHARINE H. PARKER
                                                            United States Magistrate Judge