```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                              :
UNITED STATES OF AMERICA                      :
                                              :
           -v-                                :       22-CR-595-VM-2
                                              :
CHRISTIAN LORA,                               :       ORDER SCHEDULING
                                              :       BAIL REVIEW HEARING
                    Defendant.                :
                                              :
------------------------------------------------------------------X
```

KATHARINE H. PARKER, United States Magistrate Judge:

      It is hereby ORDERED that a bail review hearing in this action is set for **Tuesday, August 15, 2023 at 10:00 a.m.** in Courtroom **5A**, United States Courthouse, 500 Pearl Street, New York, New York.

      SO ORDERED.

Dated: July 20, 2023
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/20/2023