USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES,

— against —

CHRISTIAN LORA,

           Defendant.

22-CR-0595-2/13-CR-0811-9 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    The Court hereby reschedules the sentencing of defendant Christian Lora from Friday, August 25, 2023 at 1:00 PM to Friday, November 3, 2023 at 1:00 PM.

**SO ORDERED.**

Dated:    21 July 2023
            New York, New York

_____
Victor Marrero
U.S.D.J.