```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
        -v-                                                       :    22-CR-595-VM-2
                                                                  :
CHRISTIAN LORA,                                                   :    ORDER
                                                                  :
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X
```

KATHARINE H. PARKER, United States Magistrate Judge:

The defendant, Christian Lora, is subject to remand following a guilty plea. The Marshalls are ordered to detain the defendant in their custody until the Court issues a further order upon receipt of the information requested below.

The defendant is handicapped and needs a specific care plan. By 4 p.m. today, the Court requests that the government and defense counsel, and that the Warden in the facility where the defendant will be housed (or a representative from that facility) provide the Court with a specific care plan that includes medical treatment available for medically necessary pain management and occupational/physical therapy, as well as resources to assist the defendant with self-care. The Court requests that the facility be prepared to discuss whether it will provide methadone and whether provision of such medication will interact adversely with the defendant's other prescribed medications. The parties/counsel shall report to Courtroom 5A at the US Courthouse, 500 Pearl St. at 4:00 p.m. Any representative from the jail may participate by phone if physical presence is a hardship. The Court's phone number for the proceeding will be 877-336-1829 access code 9129042.

the government is required to immediately serve this order on the Wardens of the facilities where defendant may be housed.

SO ORDERED.

Dated: August 15, 2023
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge